# UNITED STATES DISTRICT COURT

EASTERN **District of** CALIFORNIA

| | |
|---|---|
| STEVEN R. McPHEARSON <br><br> Plaintiff <br><br> V. <br><br> COMMISSIONER OF SOCIAL SECURITY <br><br> Defendant | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** <br><br> CASE NUMBER: 1:10-at-00742 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X    GRANTED.

     X    The clerk is directed to file the complaint.

     X    IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐    DENIED, for the following reasons:

ENTER this    27th    day of    September   ,    2010    .

/s/ Sheila K. Oberto
Signature of Judicial Officer

Sheila K. Oberto, U.S. Magistrate Judge
Name and Title of Judicial Officer