Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: Laura_rk.office@speakeasy.net

Attorneys for Plaintiff
Steven R. McPhearson

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| STEVEN R. MCPHEARSON, | Case No.: 1:10-01777 DLB |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: March 30, 2011

/s/ Dennis L. Beck
THE HONORABLE DENNIS L. BECK
UNITED STATES MAGISTRATE JUDGE

-1-